**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: CARTER, GEORGE A § | Case No. 09-70397 |
| CARTER, SONIA C § | |
| § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of The U S Bankruptcy Court
327 S Church Street, Room 1100
Rockford IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 08/15/2012 in Courtroom 3100, United States Courthouse, 327 S Church Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:   07/12/2012            By:   /s/BERNARD J. NATALE
                                                                        Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| In re: CARTER, GEORGE A | § | Case No. 09-70397 |
|---|---|---|
| CARTER, SONIA C | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 210,000.00 |
| *and approved disbursements of* | $ 105,253.61 |
| *leaving a balance on hand of* [1] | $ 104,746.39 |

**Balance on hand:**   $   104,746.39

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| SUBLIEN | ACCENT | 18,032.78 | 18,032.78 | 18,032.78 | 0.00 |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   104,746.39

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 9,380.72 | 0.00 | 9,380.72 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 2,166.00 | 0.00 | 2,166.00 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 58.53 | 0.00 | 58.53 |

Total to be paid for chapter 7 administration expenses:   $   11,605.25
Remaining balance:   $   93,141.14

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 93,141.14 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 93,141.14 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 20,369.21 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Recovery Mgmt Systems Corp | 1,047.59 | 0.00 | 1,047.59 |
| 2 | Chase Bank USA NA | 7,430.18 | 0.00 | 7,430.18 |
| 3 | Chase Bank USA NA | 6,702.98 | 0.00 | 6,702.98 |
| 4 | Recovery Mgmt Systems Corporation | 5,188.46 | 0.00 | 5,188.46 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 20,369.21 |
| Remaining balance: | $ | 72,771.93 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 72,771.93

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 72,771.93

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.5% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $386.34. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 72,385.59.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 09-70397-MB
George A Carter                                                           Chapter 7
Sonia C Carter
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: vgossett              Page 1 of 3              Date Rcvd: Jul 20, 2012
                              Form ID: pdf006             Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 22, 2012.
```
db/jdb      +George A Carter,   Sonia C Carter,   28716 West Bloners,   Cary, IL 60013-9715
aty         +Scott E Hillison,   6833 Stalter Drive Ste 201,   Rockford, IL 61108-2582
13513374    +Amer Coll Co,   919 Estes Ct,   Schaumburg, IL 60193-4436
13513375    +American Laser Centers,   912 Northwest Highway, Suite 102,   Fox River Grove, IL 60021-1925
13513376    +Arrow Fianancial Services,   5996 W. Touhy,   Niles, IL 60714-4610
13513377    +Beckham Transit,   70 East 159th Street,   Harvey, IL 60426-5067
13513378    +Business Revenue Systems,   P.O. Box 13077,   Des Moines, IA 50310-0077
13513379   ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital 1 Bank,   Attn: C/O TSYS Debt Management,   Po Box 5155,
             Norcross, GA 30091)
13513380    +Carrington Mortgage Se,   1610 E. St. Andrew Place #B150,   Santa Ana, CA 92705-4931
13513381    +Centegra Health System,   Centegra Northern Illinois Med Ctr,   4201 Medical Center Drive,
             Mchenry, IL 60050-8499
13513382    +Centegra Health System,   Memorial Medical Center,   4201 Medical Center Drive,
             Mchenry, IL 60050-8499
13513383    +Centegra Health System,   Centegra Primary Care, LLC,   13707 W. Jackson Street,
             Woodstock, IL 60098-3188
13513384    +Centegra Memorial Medical Center,   Centegra Northern IL Med. Center,   PO Box 5995,
             Peoria, IL 61601-5995
14098600     Chase Bank USA NA,   PO BOX 15145,   Wilmington, DE 19850-5145
13513385    +Client Services, Inc.,   3451 Harry Truman BLVD,   Saint Charles, MO 63301-9816
13513387    +Consumer Credit Counseling Service,   of MeHenry County, Inc.,   400 Russel Court, PO Box 885,
             Woodstock, IL 60098-0885
13513388    +Deb Gruber,   Morrison County Treasurer,   213 1st Avenue SE,   Little Falls, MN 56345-1468
13513389    +Dr. John O'Connell,   360 Station Drive Suite 300,   Crystal Lake, IL 60014-8003
13513390    +Dr. Nira J Patel,   155 West Park Avenue,   Cary, IL 60013-2793
13513391    +Family Medicine for McHenry County,   PO Box 1588,   Crystal Lake, IL 60039-1588
13513392    +Fifth Third Bank,   C/O Bankruptcy Dept, Mdropso5,   1850 East Paris,
             Grand Rapids, MI 49546-6210
13513396    +Groot Industries,   P.O. Box 92107,   Elk Grove Village, IL 60009-2107
13513397    +Harely-Davidson Financial Services,   PO Box 21908,   Carson City, NV 89721-1908
13593645    +Harley Davidson Credit Corp.,   PO BOX 829009,   Dallas, TX 75382-9009
13513398    +Harley Davidson Financial,   Po Box 21970,   Carson City, NV 89721-1970
13513400    +Lake McHenry Pathology Associates,   Northern Illinois Medical Center,
             4201 Medical Center Drive,   Mchenry, IL 60050-8499
13513402    +McHenry Radiology & Imaging,   P.O. Box 220,   Mchenry, IL 60051-0220
13513403    +Modular Transit,   223 East Adele Court,   Villa Park, IL 60181-1208
13513405    +Philip Thompson,   Mille Lacs County Aud/Treas.,   635 2nd Street SE,   Milaca, MN 56353-1305
13513406    +Shirley Jackson,   c/o Sandman, Levy and Petrich,   134 North LaSalle Street,
             Chicago, IL 60602-1086
13513407    +Theresa Carter,   c/o George Carter,   28716 W. Bloners,   Cary, IL 60013-9715
13513408    +Town Square Anesthesia, LLC,   3703 Doty Road, Ste. 7,   Woodstock, IL 60098-7517
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13513386    +E-mail/Text: legalcollections@comed.com Jul 21 2012 00:02:31      ComEd,
             System Credit/Bankruptcy Department,   2100 Swift Drive,   Oak Brook, IL 60523-1559
13513394     E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2012 02:13:54      GE Money Store,   P.O. Box 960061,
             Orlando, FL 32896-0061
13513393    +E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2012 01:50:31      Ge Capital Credit Card,
             Attn: Bankruptcy,   Po Box 103106,   Roswell, GA 30076-9106
13513395    +E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2012 01:50:31      Gemb/walmart Dc,
             Attention: Bankruptcy,   Po Box 103106,   Roswell, GA 30076-9106
13513399    +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 21 2012 00:01:13      Kohls,   Attn: Recovery,
             Po Box 3120,   Milwaukee, WI 53201-3120
13513401    +E-mail/Text: mpcbankruptcy@marathonpetroleum.com Jul 21 2012 00:05:24      Marathon Petroleum Co,
             539 S Main St,   Findlay, OH 45840-3229
13513404    +E-mail/Text: bankrup@nicor.com Jul 21 2012 00:00:35      Nicor Gas,
             Attention: Bankruptcy Department,   1844 Ferry Road,   Naperville, IL 60563-9662
14030056    +E-mail/PDF: rmscedi@recoverycorp.com Jul 21 2012 02:13:54
             Recovery Management Systems Corporation,   For Capital Recovery II LLC,
             As Assignee of Care Credit DOCTORS FOR V,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
14409993    +E-mail/PDF: rmscedi@recoverycorp.com Jul 21 2012 02:23:53
             Recovery Management Systems Corporation,   For GE Money Bank,   dba WAL-MART DISCOVER CARD,
             25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
                                                                                              TOTAL: 9
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0752-3              User: vgossett              Page 2 of 3              Date Rcvd: Jul 20, 2012
                                  Form ID: pdf006             Total Noticed: 41

13513409     ##+Washington Mutual / Providian,    Attn: Bankruptcy Dept.,   Po Box 10467,
               Greenville, SC 29603-0467
                                                                                       TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 22, 2012**                        **Signature:**     _Joseph Speetjens_

```
District/off: 0752-3          User: vgossett             Page 3 of 3              Date Rcvd: Jul 20, 2012
                              Form ID: pdf006            Total Noticed: 41
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2012 at the address(es) listed below:

```
              Bernard J Natale    on behalf of Trustee Bernard Natale natalelaw@bjnatalelaw.com
              Bernard J Natale    natalelaw@bjnatalelaw.com, IL42@ecfcbis.com
              Erick  J Bohlman    on behalf of Debtor George Carter abohlman@sbcglobal.net,  jd@bohlmanlaw.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 4
```