# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: CARTER, GEORGE A | § | Case No.  09-70397 |
| CARTER, SONIA C | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $185,125.00 <br> *(without deducting any secured claims)* | Assets Exempt:  $69,125.00 |
| Total Distribution to Claimants: $38,788.33 | Claims Discharged <br> Without Payment: $33,390.00 |
| Total Expenses of Administration: $83,826.08 | |

3) Total gross receipts of $     210,000.00    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $     87,385.59  (see **Exhibit 2**), yielded net receipts of  $122,614.41 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $154,496.00 | $18,032.78 | $18,032.78 | $18,032.78 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 83,826.08 | 83,826.08 | 83,826.08 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 53,548.00 | 20,755.55 | 20,755.55 | 20,755.55 |
| **TOTAL DISBURSEMENTS** | $208,044.00 | $122,614.41 | $122,614.41 | $122,614.41 |

4) This case was originally filed under Chapter 7 on February 10, 2009. The case was pending for 44 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: __10/02/2012_____ By: _/s/BERNARD J. NATALE_____
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Potential lawsuit versus bus company for PI | 1142-000 | 210,000.00 |
| **TOTAL GROSS RECEIPTS** | | $210,000.00 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| George A Carter | Ref # DEBTOR'S EXEMPTION FOR PI | 8100-002 | 15,000.00 |
| CARTER, GEORGE A | Distribution paid 100.00% on $72,385.59; Claim# SURPLUS; Filed: $72,385.59; Reference: | 8200-002 | 72,385.59 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $87,385.59 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| SUBLIEN | ACCENT | 4210-000 | N/A | 18,032.78 | 18,032.78 | 18,032.78 |
| NOTFILED | (blank name) | 4110-000 | 154,496.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $154,496.00 | $18,032.78 | $18,032.78 | $18,032.78 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Sostrin & Sostrin PC | 3210-600 | N/A | 70,000.00 | 70,000.00 | 70,000.00 |
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 58.53 | 58.53 | 58.53 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 2,166.00 | 2,166.00 | 2,166.00 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 397.22 | 397.22 | 397.22 |
| BERNARD J. NATALE | 2100-000 | N/A | 9,380.72 | 9,380.72 | 9,380.72 |
| Sostrin & Sostrin PC | 3220-610 | N/A | 1,513.47 | 1,513.47 | 1,513.47 |
| The Bank of New York Mellon | 2600-000 | N/A | 310.14 | 310.14 | 310.14 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $83,826.08 | $83,826.08 | $83,826.08 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Recovery Mgmt Systems Corp | 7100-000 | 1,047.00 | 1,047.59 | 1,047.59 | 1,047.59 |
| 1I | Recovery Mgmt Systems Corp | 7990-000 | N/A | 19.87 | 19.87 | 19.87 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | Chase Bank USA NA | 7100-000 | 7,363.00 | 7,430.18 | 7,430.18 | 7,430.18 |
| 2I | Chase Bank USA NA | 7990-000 | N/A | 140.93 | 140.93 | 140.93 |
| 3 | Chase Bank USA NA | 7100-000 | 6,642.00 | 6,702.98 | 6,702.98 | 6,702.98 |
| 3I | Chase Bank USA NA | 7990-000 | N/A | 127.13 | 127.13 | 127.13 |
| 4 | Recovery Mgmt Systems Corporation | 7100-000 | 5,106.00 | 5,188.46 | 5,188.46 | 5,188.46 |
| 4I | Recovery Mgmt Systems Corporation | 7990-000 | N/A | 98.41 | 98.41 | 98.41 |
| NOTFILED | Harley Davidson Financial | 7100-000 | 13,901.00 | N/A | N/A | 0.00 |
| NOTFILED | Groot Industries | 7100-000 | 87.00 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Kohls | 7100-000 | 78.00 | N/A | N/A | 0.00 |
| NOTFILED | Deb Gruber Morrison County Treasurer | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Dr. Nira J Patel | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Dr. John O'Connell | 7100-000 | 190.00 | N/A | N/A | 0.00 |
| NOTFILED | Family Medicine for McHenry County | 7100-000 | 80.00 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank | 7100-000 | 9,113.00 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 195.00 | N/A | N/A | 0.00 |
| NOTFILED | Theresa Carter c/o George Carter | 7100-000 | 5,628.00 | N/A | N/A | 0.00 |
| NOTFILED | Town Square Anesthesia, LLC | 7100-000 | 62.00 | N/A | N/A | 0.00 |
| NOTFILED | Town Square Anesthesia, LLC | 7100-000 | 173.00 | N/A | N/A | 0.00 |
| NOTFILED | Shirley Jackson c/o Sandman, Levy and Petrich | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Philip Thompson Mille Lacs County Aud/Treas. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Marathon Petroleum Co | 7100-000 | 24.00 | N/A | N/A | 0.00 |
| NOTFILED | Consumer Credit Counseling Service of MeHenry County, | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | McHenry Radiology & Imaging | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Lake McHenry Pathology Associates Northern Illinois | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Centegra Health System Memorial Medical Center | 7100-000 | 428.00 | N/A | N/A | 0.00 |
| NOTFILED | ComEd System Credit/Bankruptcy Department | 7100-000 | 141.00 | N/A | N/A | 0.00 |
| NOTFILED | American Laser Centers | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Beckham Transit | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Amer Coll Co | 7100-000 | 501.00 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Health System Centegra Primary Care, LLC | 7100-000 | 165.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital 1 Bank | 7100-000 | 972.00 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Memorial Medical Center Centegra Northern IL | 7100-000 | 316.00 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Health System Centegra Northern Illinois | 7100-000 | 668.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Centegra Health System Centegra Northern Illinois | 7100-000 | 668.00 | N/A | N/A | 0.00 |
|----------|----|----|----|----|----|----|
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $53,548.00 | $20,755.55 | $20,755.55 | $20,755.55 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 09-70397 | **Trustee:**   (330370)   BERNARD J. NATALE |
| **Case Name:**   CARTER, GEORGE A | **Filed (f) or Converted (c):** 02/10/09 (f) |
| CARTER, SONIA C | **§341(a) Meeting Date:** 03/18/09 |
| **Period Ending:** 10/02/12 | **Claims Bar Date:** 06/08/09 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 28716 West Bloners, | 165,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Vacant Lot at Enchanted, Block-005, Cushing Town | 7,500.00 | 7,500.00 | DA | 0.00 | FA |
| 3 | Vacant Lot at Wahkon, Lacs County, MN | 3,500.00 | 3,500.00 | DA | 0.00 | FA |
| 4 | Cash with debtors | 50.00 | 0.00 | DA | 0.00 | FA |
| 5 | Checking account with Harris Bank, Palatine, IL | 500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Misc. household goods with debtors | 500.00 | 0.00 | DA | 0.00 | FA |
| 7 | Misc. books and CD's with debtors | 150.00 | 0.00 | DA | 0.00 | FA |
| 8 | Misc. clothes with debtors | 200.00 | 0.00 | DA | 0.00 | FA |
| 9 | Misc. jewelry with debtors | 200.00 | 0.00 | DA | 0.00 | FA |
| 10 | Term life insurance with United Postal Service, | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | 401k through United Postal Service, Atlanta, GA | Unknown | 0.00 | DA | 0.00 | FA |
| 12 | Pension through IMRF, Oak Brook, Illinois | Unknown | 0.00 | DA | 0.00 | FA |
| 13 | Anticipated 2008 Federal income tax refund | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | Potential lawsuit versus bus company for PI | Unknown | 0.00 | | 210,000.00 | FA |
| 15 | Potential workers comp. claim and potential rela | Unknown | 0.00 | | | FA |
| 16 | 1995 Honda Accord with 100,000 miles | 0.00 | 0.00 | DA | 0.00 | FA |
| 17 | 1998 Cadilac with 120,000 miles | 3,525.00 | 0.00 | DA | 0.00 | FA |
| **17** | **Assets   Totals** (Excluding unknown values) | **$185,125.00** | **$11,000.00** | | **$210,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

SPECIAL COUNSEL PURSUING PERSONAL INJURY CLAIM.  SEE STATUS REORT.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2010   **Current Projected Date Of Final Report (TFR):**   July 12, 2012  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 09-70397 | |
| **Case Name:** | CARTER, GEORGE A | |
| | CARTER, SONIA C | |
| **Taxpayer ID #:** | **-***9366 | |
| **Period Ending:** | 10/02/12 | |

| | |
|---|---|
| **Trustee:** | BERNARD J. NATALE (330370) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******21-66 - Checking Account |
| **Blanket Bond:** | $606,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/30/12 | {14} | Lancer Insurance Company | Settlement of PI Case | 1142-000 | 210,000.00 | | 210,000.00 |
| 06/04/12 | 101 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2012 FOR CASE #09-70397, #016018067 | 2300-000 | | 397.22 | 209,602.78 |
| 06/05/12 | 102 | Sostrin & Sostrin PC | Ref # PI ATTORNEY FEES | 3210-600 | | 70,000.00 | 139,602.78 |
| 06/05/12 | 103 | Sostrin & Sostrin PC | Ref # SPECIAL COUNSEL EXPENSES | 3220-610 | | 1,513.47 | 138,089.31 |
| 06/05/12 | 104 | ACCENT | Ref # LIEN ON BEHALF OF UPS | 4210-000 | | 18,032.78 | 120,056.53 |
| 06/05/12 | 105 | George A Carter | Ref # DEBTOR'S EXEMPTION FOR PI | 8100-002 | | 15,000.00 | 105,056.53 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 310.14 | 104,746.39 |
| 08/15/12 | 106 | BERNARD J. NATALE | Dividend paid 100.00% on $9,380.72, Trustee Compensation;  Reference: | 2100-000 | | 9,380.72 | 95,365.67 |
| 08/15/12 | 107 | CARTER, GEORGE A | Distribution paid 100.00% on $72,385.59; Claim# SURPLUS; Filed: $72,385.59; Reference: | 8200-002 | | 72,385.59 | 22,980.08 |
| 08/15/12 | 108 | BERNARD J. NATALE, LTD. | Combined Check for Claims#EXP,ATTY | | | 2,224.53 | 20,755.55 |
| | | | Dividend paid 100.00%    58.53 on $58.53;  Claim# EXP; Filed: $58.53 | 3120-000 | | | 20,755.55 |
| | | | Dividend paid 100.00%    2,166.00 on $2,166.00;  Claim# ATTY; Filed: $2,166.00 | 3110-000 | | | 20,755.55 |
| 08/15/12 | 109 | Chase Bank USA NA | Combined Check for Claims#2,3,2I,3I | | | 14,401.22 | 6,354.33 |
| | | | Dividend paid 100.00%    7,430.18 on $7,430.18;  Claim# 2; Filed: $7,430.18; Reference: 1346/GEORGE CARTER | 7100-000 | | | 6,354.33 |
| | | | Dividend paid 100.00%    6,702.98 on $6,702.98;  Claim# 3; Filed: $6,702.98; Reference: 5599/SONIA CARTER | 7100-000 | | | 6,354.33 |
| | | | Dividend paid 100.00%    140.93 on $140.93;  Claim# 2I; Filed: $140.93; Reference: 1346/GEORGE CARTER | 7990-000 | | | 6,354.33 |

Subtotals :          $210,000.00      $203,645.67

{} Asset reference(s)

Printed: 10/02/2012 10:38 AM    V.13.04

Exhibit 9

# **Form 2**

Page: 2

## **Cash Receipts And Disbursements Record**

| | |
|---|---|
| **Case Number:** | 09-70397 |
| **Case Name:** | CARTER, GEORGE A |
| | CARTER, SONIA C |
| **Taxpayer ID #:** | **-***9366 |
| **Period Ending:** | 10/02/12 |

| | |
|---|---|
| **Trustee:** | BERNARD J. NATALE (330370) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-*****21-66 - Checking Account |
| **Blanket Bond:** | $606,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Dividend paid 100.00%         127.13<br>on $127.13;  Claim# 3I;<br>Filed: $127.13;<br>Reference: 5599/SONIA<br>CARTER | 7990-000 | | | 6,354.33 |
| 08/15/12 | 110 | Recovery Mgmt Systems Corp | Combined Check for Claims#1,1I | | | 1,067.46 | 5,286.87 |
| | | | Dividend paid 100.00%      1,047.59<br>on $1,047.59;  Claim# 1;<br>Filed: $1,047.59;<br>Reference: 5595/DRS<br>FOR VISUAL FREE | 7100-000 | | | 5,286.87 |
| | | | Dividend paid 100.00%         19.87<br>on $19.87;  Claim# 1I;<br>Filed: $19.87;<br>Reference: 5595/DRS<br>FOR VISUAL FREE | 7990-000 | | | 5,286.87 |
| 08/15/12 | 111 | Recovery Mgmt Systems<br>Corporation | Combined Check for Claims#4,4I | | | 5,286.87 | 0.00 |
| | | | Dividend paid 100.00%      5,188.46<br>on $5,188.46;  Claim# 4;<br>Filed: $5,188.46;<br>Reference:<br>8553/WALMART | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00%         98.41<br>on $98.41;  Claim# 4I;<br>Filed: $98.41;<br>Reference:<br>8553/WALMART | 7990-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 210,000.00 | 210,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **210,000.00** | **210,000.00** | |
| | | | Less: Payments to Debtors | | | 87,385.59 | |
| | | | **NET Receipts / Disbursements** | | **$210,000.00** | **$122,614.41** | |

{} Asset reference(s)

Printed: 10/02/2012 10:38 AM    V.13.04

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 09-70397 | |
| **Case Name:** | CARTER, GEORGE A | |
| | CARTER, SONIA C | |
| **Taxpayer ID #:** | **-***9366 | |
| **Period Ending:** | 10/02/12 | |

| | |
|---|---|
| **Trustee:** | BERNARD J. NATALE (330370) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******21-66 - Checking Account |
| **Blanket Bond:** | $606,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Net Receipts : | 210,000.00 |
| Less Payments to Debtor : | 87,385.59 |
| Net Estate : | $122,614.41 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # 9200-******21-66** | **210,000.00** | **122,614.41** | **0.00** |
| | **$210,000.00** | **$122,614.41** | **$0.00** |